UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                    Plaintiff,<br><br>         v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>                    Defendant. | C10-5077 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION TO DISMISS |

     The Magistrate Judge recommends that Plaintiff's motion to dismiss his prisoner civil rights action be granted and Plaintiff's request to waive the unpaid filing fee be denied. Plaintiff has filed an objection to the Report and Recommendation regarding the waiver of the filing fee.

     As noted in the Report and Recommendation, there is no statutory authority to waive the filing fee. Once a prisoner has been granted *in forma pauperis* status, 28 U.S.C. 1915(b)(1) states that a prisoner allowed to file *in forma pauperis* "shall be required to pay the full amount of the filing fee."

     The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, and the remaining record[1], does hereby find and ORDER:

---

[1] Plaintiff's additional motion(s) [Dkt. # 12] are DISMISSED as MOOT.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1  (1)  The Court adopts the Report and Recommendation;

2  (2)  Plaintiff's Motion to Dismiss is **GRANTED** pursuant to Fed. R. Civ. P. 41
3       (a) (1).  Plaintiff is a prisoner proceeding *in forma pauperis* and pursuant to
        28 U.S.C. 1915(b)(1), he will have to pay the full filing fee.

4
   (3)  The Clerk is directed to send copies of this Order to Plaintiff, and to the
5       Hon. J. Richard Creatura.

6

7  DATED this 19th day of April, 2010.

8

9
                                    _____
10                                  RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ADOPTING REPORT AND RECOMMENDATION- 2