# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMEL DALLUGE,

               v.

                                                JUDGMENT IN A CIVIL CASE

DEPARTMENT OF CORRECTIONS

                                            CASE NUMBER:C10-5077 RBL

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X\_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   THE COURT HAS ORDERED THAT

   (1) The Court adopts the Report and Recommendation; and

   (2) Plaintiff's Motion to Dismiss is **GRANTED** pursuant to Fed. R. Civ. P. 41(a) (1). Plaintiff is a prisoner proceeding *in forma pauperis* and pursuant to 28 U.S.C. 1915(b)(1), he will have to pay the full filing fee.

| April 21, 2010 | BRUCE RIFKIN |
|:---:|:---:|
| Date | Clerk |

                                      *s/ Mary Trent*
                                      Deputy Clerk